# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY DAVIS GASH,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RAUL G. MARROQUIN a.k.a. RAUL GARCIA,<br><br>　　　　　　　Defendant. | Case No.: 16-CV-2703 W (LL)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On November 25, 2020, this Court set a hearing to determine whether to dismiss this case for Plaintiff's failure to move for default judgment under Civil Local Rule 55.1. (*Notice of Hearing* [Doc. 12].) In response, Plaintiff has filed a Notice of Voluntary Dismissal and Dismissal Without Prejudice of All Defendants and Plaintiff's Complaint in its Entirety. (*Notice of Vol. Dismissal* [Doc. 13].) Accordingly, good cause appearing, the Court **ORDERS** the case **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: December 9, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　United States District Judge